STATE v. GRIFFIN

No. 83 PC.

Case below: 18 N.C. App. 146.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. GRISSOM

No. 99 PC.

Case below: 18 N.C. App. 332.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. JOHNSON

No. 111 PC.

Case below: 18 N.C. App. 338.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. McILWAIN

No. 101 PC.

Case below: 18 N.C. App. 230.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.

STATE v. McILWAIN

No. 112 PC.

Case below: 18 N.C. App. 335.

Petition for writ of certiorari to North Carolina Court of Appeals denied 12 July 1973.